UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN MICHAEL RYAN,

       Plaintiff,                    Case No. 1:14-cv-510

v.                                    HON. JANET T. NEFF

DEWEY WATKINS, et al.,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a Motion for Preliminary Injunction (Dkt 9). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 7, 2014 recommending that this Court deny Plaintiff's motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 28) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction (Dkt 9) is DENIED.

Dated:  December 1, 2014                         /s/Janet T. Neff
                                                                   JANET T. NEFF
                                                                    United States District Judge